UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

NATHANIEL J. APPLEFIELD and LISBETH APPLEFIELD,

        Plaintiffs,

  v.

PINNACLE ASSET GROUP, LLC,

        Defendant.

Case No. 3:16-cv-00256-YY

FINDINGS AND RECOMMENDATIONS

YOU, Magistrate Judge:

## FINDINGS

On June 29, 2016, in this Fair Debt Collection Act (FDCPA) case, the court issued a default judgment against defendant in the amount of $432,200. Plaintiff's counsel has submitted a motion for attorney's fees and costs in the amount of $22,284.46 (docket #14). The motion sets out the applicable standard for attorney's fee motions in FDCPA cases. No response was filed. I have reviewed the motion, time entries, supporting affidavits, and original complaint in this case. The time entries do not appear excessive, given the complexity of the case and the work described. The attorneys' hourly rates also fall within the parameters set forth in the 2012 Oregon State Bar Economic Survey. Accordingly, I recommend that the court grant the motion.

///

## RECOMMENDATIONS

Plaintiffs' Motion for Attorney Fees (docket #14) should be granted.

## SCHEDULING ORDER

These Findings and Recommendations will be referred to a district judge. Objections, if any, are due Friday, September 09, 2016. If no objections are filed, then the Findings and Recommendations will go under advisement on that date.

If objections are filed, then a response is due within 14 days after being served with a copy of the objections. When the response is due or filed, whichever date is earlier, the Findings and Recommendations will go under advisement.

DATED August 22, 2016.

/s/ Youlee Yim You
Youlee Yim You
United States Magistrate Judge